UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keith Bruchu,

      Plaintiff,

v.                                                                               Civ. No. 05-2028 (JNE/SRN)
                                                                      ORDER

Jo Anne B. Barnhart,
Commissioner of Social Security,

      Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Susan Richard Nelson, United States Magistrate Judge, on June 23, 2006. The magistrate judge recommended that Plaintiff's Motion for Summary Judgment be denied and that Defendant's Motion for Summary Judgment be granted. Keith Bruchu objected, and Jo Anne Barnhart responded. Based on a de novo review of the record, the Court adopts the Report and Recommendation.

Therefore, IT IS ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment [Docket No. 8] is DENIED.

2. Defendant's Motion for Summary Judgment [Docket No. 10] is GRANTED.

3. This case is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 25, 2006

                                                            s/ Joan N. Ericksen
                                                            JOAN N. ERICKSEN
                                                            United States District Judge